IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International Incorporated,<br><br>        Plaintiff,<br><br>vs.<br><br>PVV LLC, et al.,<br><br>        Defendants. | No. CV-20-01578-PHX-SPL<br><br>**ORDER** |

    On August 10, 2020, Plaintiff filed a Complaint in this Court alleging Defendants failed to pay certain fees and charges pursuant to a Membership Agreement and seeking to recover those fees for a total of $76,948.49. (Doc. 1 at 5-6). Service was executed against all Defendants on September 1, 2020. (Docs 7, 10, & 11). Defendants did not file an answer or otherwise appear in this case. On October 12, 2020, Plaintiff filed an Application for Entry of Default (Doc. 12), which the Clerk of Court granted (Doc. 14). On January 13, 2021, this Court issued an Order to Show Cause why this action should not be dismissed in its entirety for failure to prosecute. (Doc. 12). Defendants did not respond, and on January 19, 2021, the Court granted Plaintiff's Motion for Default Judgment. (Docs. 16 & 17). Before the Court is Plaintiff's Motion for Attorneys' Fees (Doc. 19).

    Plaintiff requests $5,977.50 in attorneys' fees representing the work of three attorneys for a total of 21.3 hours at a rate of $275 per hour. In support of this request, Plaintiff submits a declaration from one of Plaintiff's attorneys (Doc. 19-1 at 2-6) and a timesheet reflecting the hours worked by each attorney (Doc. 19-2 at 2-4). The rate and

hours worked are both reasonable. Plaintiff also seeks $890.50 in costs and attaches as an exhibit to its Motion a Bill of Costs. (Doc. 19 at 4); (Doc. 19-3). However, Plaintiff also filed the Bill of Costs separately (Doc. 20). The Court will instruct the Clerk of Court to determine the total costs to be taxed, pursuant to LRCiv 54.1. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorneys' Fees (Doc. 19) is **granted**. Plaintiff is awarded $5,977.50 in attorneys' fees.

**IT IS FURTHER ORDERED** instructing the Clerk of Court to determine the total costs to be taxed pursuant to LRCiv 54.1.

Dated this 8th day of February, 2021.

Honorable Steven P. Logan
United States District Judge

I hereby attest and certify on 2/25/2021 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy

2